IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE WESTERN DISTRICT OF NORTH CAROLINA

MISC. NO. 3:14mc42

IN RE: ADVISORY COMMITTEE ON LOCAL RULES

ORDER

FILED
CHARLOTTE, NC
APR 11 2014
US District Court
Western District of NC

THIS MATTER is before the Court on its own motion for the appointment of an Advisory Committee on Local Rules pursuant U.S.C. 28 § 2077 and Rule 83 of the Federal Rules of Civil Procedure for the study of the rules of practice of this court and to assist and advise the court on amendments to the Local Rules. THEREFORE, the court hereby appoints the following persons to the Advisory Committee on Local Rules whose shall serve at the pleasure of the court:

David C. Keesler, Chairman
United States Magistrate Judge
United States Western District of North Carolina
401 W. Trade Street
Room 168
Charlotte, NC 28202
(704) 350-7430

Sharon T. Barrett
Patla, Straus, Robinson & Moore, P.A.
Suite 300
29 North Market
P. O. Box 7625
Asheville, NC 28802
(828) 255-7641

David K. Davis
United States District Court Western District of North Carolina
U.S. Courthouse
100 Otis Street
Room 302
Asheville, NC 28801
(828) 771-7242

Forrest A. Ferrell
Sigmon, Clark, Mackie, Hutton, Hanvey & Ferrell, P.A.
420 Third Avenue, N.W.
P. O. Drawer 1470
Hickory, NC 28603
(828) 328-2596

Jack M. Knight, Jr.
Mayer, Brown, Rowe & Maw LLP
214 North Tryon Street
Suite 3800
Charlotte, NC 28202
(704) 444-3685

Bradley R. Kutrow
Helms Mulliss & Wicker, PLLC
201 N. Tryon Street
Suite 3000
Charlotte, NC 28202
(704) 343-2049

Lance A. Lawson
Alston & Bird, LLP
101 South Tryon Street
Suite 4000
Charlotte, NC 28280
(704) 444-1114

Louis L. Lesesne, Jr.
Lesesne & Connette
1001 Elizabeth Avenue
Suite 1-D
Charlotte, NC 28204
(704) 372-5700

Clifford C. Marshall, Jr.
Marshall & Roth, PC
90 Southside Avenue
Suite 150
Asheville, NC 28801
(828) 281-2100
Valecia M. McDowell
Moore & Van Allen, P.L.L.C.

100 N. Tryon Street
47th Floor
Charlotte, NC 28202
(704) 331-1188

William H. McMillan
Pope, McMillan, Kutteh, Simon & Privette, P.A.
113 North Center Street
P. O. Drawer 1776
Statesville, NC 28687-1776
(704) 873-2131

D. Christopher Osborn
Horack Talley PA
301 S. College Street
Suite 2600
Charlotte, NC 28202
(704) 377-2500

E. Fitzgerald Parnell III
Poyner & Spruill, LLP
301 South College Street
Suite 2300
Charlotte, NC 28202
(704) 342-5250


Chief Federal Defender
Federal Defenders of Western North Carolina, Inc.
401 West Trade Street,
Suite 206
Charlotte, NC 28202
(704) 374-0720

Jill Rose
Office of the United States Attorney
Western District of North Carolina
227 W. Trade Street
Suite 1650
Charlotte, NC 28202
(704) 338-3166

Jennifer A. Youngs
Office of the United States Attorney

Western District of North Carolina
227 W. Trade Street
Suite 1650
Charlotte, NC 28202
(704) 338-3159


Jennifer Braccia
Moore & Van Allen PPLC
Suite 4700
100 North Tryon Street
Charlotte, NC  28202


    The Clerk of Court is directed to serve copies of this Order to the Chief Judge of the Fourth Circuit, the United States Attorney, and to all active and senior United States District Court Judges, Magistrate Judges and Bankruptcy Judges for the Western District of North Carolina.

    IT IS SO ORDERED.

THIS the 10th day of April, 2014.

                                            Frank D. Whitney, Chief
                                            U.S. District Court Judge